

### [HOARE v. ATKINSON et al.]

William Hoare plaint. against Theodo^r Atkinson sen^r & John More Defend^ts The pl^t withdrew his accion.

### [CARVER v. WRIGHT et al.]

Robert Carver plaint. against Thomas Wright Robert Johnson & Manning & Phillip Watts Defend^ts according to Attachm^t Dat. 7^br 8th 1673 the pl^t withdrew his accion.

### [PECK v. LAWTON et al.]

Thomas Peck plaint. against Henry Lawton Ralph Fletcher & John Bonner or either of them Defend^ts in an accion of the case for breach of Charter party bearing date the 23^th of August 1670 & deteining his quarter part of the Catch Recovery therein mentioned aboue twelve months after expiracion of s^d Charter party being neere Fifty pounds in mony to the damage of the plaintiffe & all other due damages according to Attachm^t Dat. Octob^r 21^th 1673. . . . The Iury . . . founde for the Defend^ts costs of Court: The plaint appealed from the Judgment of this Court to the next Court of Assistants, & the s^d Thomas Peck principall in ten pounds & John Williams & Rob^t Carver as Sureties in five pounds apeice acknowledged themselves respectively bound to . . . prosecute his Appeal . . .

[See note to Lawton's Sentence, above, pp. 303–4.]